**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 02–030-01ML** |
| | ) | |
| **Michael Jones** | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before U.S. Magistrate Judge David L. Martin for an order to release the defendant's passport which was surrendered as a condition of pretrial release.

**WHEREAS** the defendant has completed the term of probation on September 5, 2007 as ordered by this Court, it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 6th day of September, 2007.

ENTER:

David L. Martin
Honorable David L. Martin
U.S. Magistrate Judge

PER ORDER:

Martha Saucier
Deputy Clerk